IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALTON LINDSAY, JR., | |
|    Plaintiff, | CIVIL ACTION FILE |
| v. | 1:10-CV-02464-TWT-GGB |
| ENCORE CREDIT CORP., *et al.*, | |
|    Defendants. | |

## **FINAL REPORT AND RECOMMENDATION**

Plaintiff Alton Lindsay, Jr., who is proceeding pro se, commenced the underlying action on August 6, 2010. Plaintiff's complaint against Defendants Encore Credit Corp. ("Encore"), EMC Mortgage Servicing ("EMC"), and Mizell T. Edwards ("Edwards") asserts claims under the Truth in Lending Act ("TILA") stemming from loan transactions relating to real property located in Decatur, Georgia. (Doc. 1.) On September 7, 2010, Plaintiff filed an amended complaint that added Defendant Mortgage Electronic Registration System, Inc. ("MERS"). (Doc. 2.) Plaintiff's amended complaint also appears to add claims under the Fair Trade Commission Act, the Fair Debt Collection Practices Act, and the Fair Credit Reporting Act as well as several purported state and common law claims. (Id.)

On September 17, 2010, Defendants EMC[1] and MERS filed a Motion to Dismiss the amended complaint pursuant to Rules 8(a)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.  (Doc. 3.)  To date, Plaintiff has not filed a response to the motion or otherwise corresponded with the Court.  Local Rule 7.1(B) provides that "[f]ailure to file a response shall indicate that there is no opposition to the motion."  Therefore, the motion is deemed unopposed.  Welch v. Delta Air Lines, Inc., 978 F. Supp. 1133, 1148 (N.D. Ga. 1997).

Accordingly, and with good cause appearing, I **RECOMMEND** that Defendants' Motion to Dismiss (Doc. 3) be **GRANTED** and this action be **DISMISSED** as to all parties.

**IT IS SO RECOMMENDED**, this 18th day of October, 2010.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the Motion to Dismiss, Defendant EMC Mortgage Corporation was improperly sued as EMC Mortgage Servicing.  (Doc. 3 at 1.)

AO 72A
(Rev.8/82)