IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALTON LINDSAY, JR.,

   Plaintiff,

    v.

ENCORE CREDIT CORP.,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2464-TWT

### ORDER

This is a Truth in Lending action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 3]. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is DISMISSED without prejudice for failure to properly serve the Defendants.

SO ORDERED, this 10 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Lindsay\r&r.wpd